```
MARVIN DWAYNE GALLOWAY, JR    USDA RURAL   DEVELOP
1530 WINTERSET AVE            ATTN: BANKRUPTCY DEPT
YAZOO CITY, MS 39194          PO BOX 66889
                              ST. LOUIS, MO 63166



THOMAS C. ROLLINS, JR.        USDA RURAL DEVELOPMENT
THE ROLLINS LAW FIRM, PLLC    C/O US ATTORNEY
P.O. BOX 13767                501 E COURT ST
JACKSON, MS 39236             STE 4.401
                              JACKSON, MS 39201


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850



DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001
```