# In the United States Bankruptcy Court
## Southern District of Mississippi

IN RE:  Marvin Dwayne Galloway, Jr

)  Chapter:         13
)  Bankruptcy No:  25-02724
)  Account No:     9713
)  **REQUEST FOR NOTICE**

 

Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service

Date: 01/16/2026

/s/ Cassandra Spencer

Cassandra Spencer
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5520